# Court of Appeals
# of the State of Georgia

ATLANTA, August 21, 2019

*The Court of Appeals hereby passes the following order:*

## A20D0035.  DARRELL D. CROSS v. THE STATE.

Darrell Cross filed a "Motion to Dismiss and Plea at Bar," raising, inter alia, double jeopardy and statutory speedy trial claims. The trial court denied the motion on July 8, 2019. On August 7, 2019, Cross filed in this Court a "Motion for Extension of Time to File a Notice of Appeal," seeking a discretionary appeal and attaching the trial court's July 8 order.

The trial court's order denying Cross's motion to dismiss on statutory speedy trial grounds or double jeopardy grounds is directly appealable. See *Hubbard v. State*, 254 Ga. 694, 695-696 (333 SE2d 827) (1985) (statutory speedy trial); *Patterson v. State*, 248 Ga. 875, 876-877 (287 SE2d 7) (1982) (double jeopardy).

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j); see also OCGA § 5-6-35 (d) (providing that applications must be filed within 30 days of entry of the order complained of). Accordingly, this application is hereby GRANTED. Cross shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, he has already filed a notice of appeal, he need not file a second notice. The

clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  08/21/2019*
   *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
   *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*